VALENTI LAW APC
Matthew D. Valenti, Esq. (SBN 253978)
E-mail: mattvalenti@valentilawapc.com
10174 Austin Drive #1116
Spring Valley, CA 91979
Phone: (619) 540-2189

Attorney for Plaintiffs Denise Reynaga and Charlene Anderson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DENISE REYNAGA AND CHARLENE ANDERSON,<br><br>          Plaintiffs,<br><br>  vs.<br><br><br>SOFREH INC; RAUL PADILLA; ELIZABETH PADILLA; and DOES 1-10,<br><br><br>          Defendants. | Case No.: 2:26-cv-01426-SB-MAA<br><br>**DECLARATION OF PLAINTIFF CHARLENE ANDERSON IN SUPPORT OF PLAINTIFF'S OSC RESPONSE re: SUPPLEMENTAL JURISDICTION** |

I, CHARLENE ANDERSON, DECLARE:

1.      I am a plaintiff in this matter and, in that capacity, am familiar with the contents herein and if called and duly sworn, could competently testify to them.

2.      I am a qualified physically disabled person. I had an amputation on my right foot and I have cardiac issues. I use a walker and a wheelchair for mobility.

3.      I have filed no other complaints alleging a construction-related accessibility violation within the 12-month period immediately preceding the filing of the current complaint alleging a construction-related accessibility violation.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge.

DATED: March 2, 2026

By: _____
Charlene Anderson
Plaintiff

DECLARATION OF PLAINTIFF - 1