VALENTI LAW APC
Matthew D. Valenti, Esq. (SBN 253978)
E-mail: mattvalenti@valentilawapc.com
10174 Austin Drive #1116
Spring Valley, CA 91979
Phone: (619) 540-2189

Attorney for Plaintiffs Denise Reynaga and Charlene Anderson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE REYNAGA AND CHARLENE ANDERSON,<br><br>   Plaintiff,<br><br> vs.<br><br>SOFREH INC; RAUL PADILLA; ELIZABETH PADILLA; and DOES 1-10,<br><br>   Defendants. | Case No.: 2:26-cv-01426-SB-MAA<br><br>**DECLARATION OF MATTHEW D. VALENTI IN SUPPORT OF PLAINTIFFS' OSC RESPONSE RE: SUPPLEMENTAL JURISDICTION** |

DECLARATION OF MATTHEW VALENTI IN SUPPORT OF PLAINTIFFS' OSC RESPONSE RE: SUPPLEMENTAL JURISDICTION - 1

I, MATTHEW VALENTI, DECLARE:

1.      I am licensed to practice law in the State of California and before this Court. I am an attorney with Valenti Law APC and represent the Plaintiffs and, in that capacity, am familiar with the contents herein and if called and duly sworn, could competently testify to them.

2.      I do not qualify as a high-frequency litigant as that term is defined by California Code of Civil Procedure §425.55(b)(2).

3.      As sole attorney for my firm, Valenti Law APC, I have been attorney of record representing only four plaintiffs qualifying as high-frequency litigants in actions that were resolved within the 12-month period immediately preceding the filing of the current complaint. In virtually every one of those cases, the construction-related accessibility violations alleged in the complaint were remedied in whole or in part, or a favorable result was achieved after the plaintiff filed the complaint. All such successful cases are excluded from the determination of whether an attorney is a high-frequency litigant per CCP §425.55(b)(2)(C).

4.      I do not, and never have employed any kind of "runner" or "capper" to look for ADA violations. All of my cases are sent to me directly by my clients after they personally encounter barrier violations.

5.      In the instant case, about a month after Plaintiffs' visit in which they encountered accessibility barriers, I had a private investigator experienced in ADA investigations go to the Defendants' property and conduct a thorough *sub rosa* investigation. The investigator identified and documented approximately 35 or more separate ADA violations, numerous of which present significant barriers to access.

//

//

//

---

DECLARATION OF MATTHEW VALENTI IN SUPPORT OF PLAINTIFFS' OSC RESPONSE RE: SUPPLEMENTAL JURISDICTION - 2

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge.

DATED: March 9, 2026                         **VALENTI LAW APC**


By:   */s/ Matthew D. Valenti*
      Matthew D. Valenti
      Attorney for Plaintiffs
      Denise Reynaga and
      Charlene Anderson